IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GOODWIN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>METROPOLITAN )<br>COUNSELING SERVICES, INC. )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br><br>1:15-cv-2788 |

## ORDER

Pending before the Court is a Joint Motion to Approve a Fair Labor Standards Act Settlement [Doc. No. 19]. The Court has carefully reviewed the Parties' Settlement Agreement and finds that it is fair and reasonable in light of the claims and defenses asserted. Therefore, the Court GRANTS the Parties' Joint Motion to Approve a Fair Labor Standards Act Settlement Agreement. The Court DISMISSES the above-styled case with prejudice and DIRECTS the Clerk to close this case.

So ordered, this 4th day of February, 2015.

Leigh Martin May
United States District Court Judge